# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

HEKO SERVICES, INC.
*a Washington corporation*,

        Plaintiff,

    v.

MAKUSHIN BAY,
*Official Number 289678, its Engines, Machinery, Appurtenances, etc., in rem*,
and RESOLVE AMERICAS HOLDINGS, INC**.**, *a Florida corporation, in personam*.

        Defendants.

Case No. 3:25-cv-00125-SLG

### ORDER ON DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO STAY OR ENJOIN ARBITRATION PROCEEDINGS

Before the Court at Docket 16 is Defendants'—MAKUSHIN BAY, Official Number 289678, its Engines, Machinery, Appurtenances, etc., *in rem*, and Resolve Americas Holdings, Inc. d/b/a Resolve Marine, *in personam*, (collectively, "Defendants")—Motion for Expedited Consideration of Motion to Stay or Enjoin Arbitration Proceedings. Upon consideration of Defendants' Motion to Stay or Enjoin Arbitration Proceedings at Docket 15 and the Motion to Expedite, the Court **GRANTS** the Motion to Expedite in part and **ORDERS** as follows:

1. Plaintiff Heko Services, Inc. shall file its response to Defendants' Motion to Stay or Enjoin Arbitration Proceedings by **August 18, 2025**;

2. Defendants shall file their reply by **August 22, 2025**;

3. Oral argument on Defendants' Motion to Stay or Enjoin Arbitration Proceedings is set for **August 25, 2025, at 12:30 p.m.** in Anchorage Courtroom 2 before Judge Sharon L. Gleason. Each side shall have 15 minutes to present its arguments. Either party may by motion seek to attend the oral argument by video conference.

DATED this 8th day of August, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00125-SLG, *Heko Services, Inc. v. MAKUSHIN BAY et al*
Order on Defendants' Motion for Expedited Consideration
Page 2 of 2

Case 3:25-cv-00125-SLG    Document 20    Filed 08/08/25    Page 2 of 2